**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECICUT**

2011 MAY 27 PM 2: 02

IN RE:                                    ) CHAPTER 13

**JOHN P. CELENTANO**                     ) CASE NO. 10-20878ASD

**PAYMENT OF UNCLAIMED FUNDS TO CLERK**

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #            **406559**                $705.89

*[handwritten: Paid $705.89 #274686]*

**NATIONWIDE BANK
P. O. BOX 5708
HICKSVILLE, NY 11802-5721
OVER 90 DAYS**

Dated at Hartford, Connecticut this           day of           , 2011.

/s/
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor: 637 BURRIT STREET NEW BRITAIN CT 06053**
**Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV**
**Debtor's Counsel:** neilcranelaw@snet.net


/s/
Molly T. Whiton, Chapter 13 Standing Trustee

