# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECICUT

2011 JUL 27 PM 12: 20

IN RE: ) CHAPTER 13

**JOHN P. CELENTANO** ) CASE NO. 10-20878ASD  $129.44

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

# 274779

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #            409258                    $129.44

**NATIONWIDE BANK
P. O. BOX 5708
HICKSVILLE, NY 11802-57213**

**OVER 90 DAYS AND REISSUED 2X**

Dated at Hartford, Connecticut this             day of            , 2011.

/s/
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 273 PIERREMOUNT AVENUE NEW BRITAIN, CT
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** neilcranelaw@snet.net

/s/
Molly T. Whiton, Chapter 13 Standing Trustee